**Order entered March 17, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01239-CV

### IN RE EDUKID, LP, Relator

**Original Proceeding from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-01603-2017**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the petition for a writ of mandamus as to both the trial court's September 27, 2019 "Order on Plaintiff's Motion to Strike Edukid's Opinion Testimony Witness Designation for Failure to Designate as an Expert Witness and Provide an Adequate Expert Report" (the Exclusion Order) and its September 27, 2019 "Order Denying Defendant Edukid's Motion for Protective Order and Motion to Quash" (the Denial Order).

We **ORDER** the trial court to issue a written ruling, within thirty days of the date of this Order, that: (1) vacates the Exclusion Order in its entirety; (2) vacates the portion of the Denial Order denying Edukid's motion for a protective order to the extent it deals with deposition questions concerning the opinions of testifying experts; and (3) grants Edukid's motion for a protective order to the extent the deposition of Edukid's corporate representative may not include

questions concerning the opinions of testifying experts. We further **ORDER** the trial court to file with this Court, within thirty-five days of the date of this Order, a certified copy of its written ruling evidencing such compliance. Should the trial court fail to comply with this Order, the writ will issue. We **LIFT** this Court's October 17, 2019 stay of trial-court proceedings.

/s/    CORY L. CARLYLE
JUSTICE